SALINA M. KANAI #8096
Federal Public Defender
District of Hawaii

JACQUELYN T. ESSER #9226
Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii 96850
Telephone:  (808) 541-2521
Facsimile:   (808) 541-3545
E-Mail:       jacquelyn_esser@fd.org

Counsel for Defendant
ALDEN BUNAG

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | Mag. No. 22-01049 KJM |
|---|---|---|
| Plaintiff, | ) ) ) | Notice of Change of Counsel |
| vs. | ) ) ) | Certificate of Service |
| ALDEN BUNAG, | ) ) ) | |
| Defendant. | ) ) | |

**Notice of Change of Counsel**

COMES NOW, Jacquelyn T. Esser, Assistant Federal Defender (replacing Federal Defender Salina M. Kanai), and hereby enters her appearance as counsel for Defendant Alden Bunag, in all proceedings hereafter to the extent this case remains in the federal court.

DATED: Honolulu, Hawaii, June 16, 2022.

           /s/ *Jacquelyn T. Esser*
JACQUELYN T. ESSER
Counsel for Defendant
ALDEN BUNAG

*United States v. Alden Bunag*, Mag. No. 22-01049 KJM
United States District Court, District of Hawaii
Notice of Change of Counsel

## Certificate of Service

I, JACQUELYN T. ESSER, hereby certify that on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses on June 16, 2022:

Served Electronically through CM/ECF:

REBECCA A. PERLMUTTER     rebecca.perlmutter@usdoj.gov
Assistant United States Attorney
Attorney for Plaintiff
UNITED STATES OF AMERICA

DATED: Honolulu, Hawaii, June 16, 2022.

*/s/ Jacquelyn T. Esser*
JACQUELYN T. ESSER
Counsel for Defendant
ALDEN BUNAG