ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 23 2022

at \_\_\_ o'clock and \_\_\_ min. \_\_\_ M
CLERK, U.S. District Court

CLARE E. CONNORS #7936
United States Attorney
District of Hawaii

REBECCA A. PERLMUTTER
Assistant United States Attorneys
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Fax: (808) 541-2958
E-Mail: Rebecca.Perlmutter@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> ALDEN BUNAG, <br><br> Defendant. | CR. NO. 22- CR22-00053 SOM <br><br> INDICTMENT <br><br> [18 U.S.C. § 2252A(a)(2)] |

## INDICTMENT

The Grand Jury charges:

\\

\\

Count 1
Distribution of Child Pornography
(18 U.S.C. § 2252A(a)(2) and (b))

From dates in or around November 2019 through at least October 2021, within the District of Hawaii and elsewhere, ALDEN BUNAG, the defendant, knowingly distributed child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that had been shipped or transported in or affecting interstate or foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Section 2252A(a)(2) and (b).

DATED: June 23, 2022, at Honolulu, Hawaii.

A TRUE BILL

/s/ Foreperson
FOREPERSON, GRAND JURY

CLARE E. CONNORS
United States Attorney
District of Hawaii

REBECCA PERLMUTTER
Assistant U.S. Attorney

United States v. Alden Bunag, Cr. No. 22-
Indictment  CR22-00053 SOM

2