# MINUTES

CASE NUMBER: 1:22-CR-00053-SOM-1

CASE NAME: United States of America v. Alden Bunag

ATTYS FOR PLA:

ATTYS FOR DEFT:

JUDGE: Rom Trader           REPORTER:

DATE: 02/28/2023            TIME:

COURT ACTION: EO: CRIMINAL SCHEDULING ORDER

In light of the [ECF [25]] *Third Stipulation and Order Continuing Trial Date and Excluding Time Under the Speedy Trial Act* ("Stipulation"), the Court enters the following criminal scheduling order:

**Criminal Scheduling Order:**

1. **Jury Selection/Trial** before Judge Susan Oki Mollway: Tuesday, May 16, 2023 at 9:00 a.m.
2. Trial Conference before Judge Susan Oki Mollway: May 2, 2023 at 10:00 a.m.
3. Joint Trial Presentation Statement due: April 25, 2023
4. Motions due: CLOSED
5. Response due: CLOSED
6. Rule 16.1 Discovery Conference deadline: N/A
7. Fed. R. Evid. 404(b): April 11, 2023
8. a. Motions in limine: April 18, 2023
   b. Response to motions in limine: April 25, 2023
9. Brady and Giglio Material: As required by law, but by no later than April 25, 2023
10. a. Jury Instructions exchanged by: April 25, 2023
    b. Meet and confer regarding agreed upon jury instructions by: April 18, 2023
    c. File separate supplemental instructions and objections by: April 18, 2023
11. Witness lists per stipulation by: May 9, 2023
12. Exhibits
    a. Exchange exhibits by: May 12, 2023
    b. Original exhibits tabbed and in folders/binders, copy in folders/binders.
13. Stipulations: In writing and filed by: May 9, 2023

14. <u>Voir Dire Questions</u>: In writing by: May 2, 2023
15. <u>Trial Briefs</u>:  May 2, 2023
16. <u>Jencks Disclosures</u>:  As required by law, but the court encourages disclosure no later than the Friday before trial.
17. <u>Other Matters</u>:  Expert disclosures.  See below.
18. N/A

**Expert Disclosures**: When so requested by either the United States or the defendant pursuant to Fed. R. Crim. P. 16(a)(1)(G)(i) and 16(b)(1)(C)(i), the party(s) must make expert witness disclosures in accordance with the requirements of Fed. R. Crim. 16(a)(1)(G) and Fed. R. Crim. P. 16(b)(1)(C), at the time(s) and in the sequence as ordered by the Court. Absent a stipulation or court order, the time to disclose expert witnesses is as follows:

   a. On or before the **twenty-eighth (28) day after the arraignment, or forty-five (45) days preceding the trial date**, whichever is later; and

   b. If the evidence is intended solely to contradict or rebut evidence on the same subject matter identified by another party under Fed. R. Crim. P. 16(a)(1)(G) or 16(b)(1)(C), within thirty (30) days after the other party's disclosure.

**These minutes shall stand in place of a separately filed Criminal Scheduling Order as required by CrimLR2.1.**

*Submitted by: Lian Abernathy, Courtroom Manager*